IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LISA STROH<br>a/k/a LISA MORENO and<br>RAYMOND MORENO | )<br>)<br>)<br>) | **NOTICE OF VOLUNTARY**<br>**DISMISSAL PURSUANT TO**<br>**F.R.C.P. 41 (a)(1)(A)(i)** |
| Plaintiffs | ) | Case No: 16-cv-00619 |
| v. | )<br>) | |
| THE CHARTER OAK FIRE<br>INSURANCE COMPANY and | )<br>)<br>) | |
| TRAVELERS PROPERTY CASUALTY<br>COMPANY | )<br>)<br>) | |
| Defendants | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(a)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Lisa Stroh, a/k/a Lisa Moreno and Raymond Moreno and or their counsel, hereby give notice that the above-captioned action is hereby voluntarily dismissed, with prejudice against the defendants The Charter Oak Fire Insurance Company and Travelers Property Casualty Company.

Date February 23, 2017

_____
Plaintiff's Counsel

Nicholas Perot, Smith et al
Firm

12364 Main Rd Akron NY 14001
Address

716-542-5413
Phone